# United States District Court
# Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 17, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Craig Schmitman,

          Plaintiff,

v.

Erik Coffin, d/b/a Gotham Properties, Int'l; Gotham Management Group Inc.; and Does 1 through 10,

          Defendants.

17-cv-06009-VAP (AGRx)

## Judgment

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order Granting Defendant's Motion to Dismiss Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   4/17/18

                                                   Virginia A. Phillips
                                     Chief United States District Judge